KAMER ZUCKER ABBOTT
Scott M. Abbott          #4500
Kaitlin H. Paxton        #13625
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel:     (702) 259-8640
Fax:    (702) 259-8646
sabbott@kzalaw.com
kpaxton@kzalaw.com

Attorneys for Defendant
Expedia, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TALITHA SMITH,<br><br>            Plaintiff,<br><br>vs.<br><br>EXPEDIA, INC. d/b/a CLASSIC VACATIONS, LLC; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive.<br><br>            Defendants. | Case No. 2:20-cv-02058-KJD-NJK<br><br>**STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR DEFENDANT EXPEDIA, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

       The Parties, by and through their respective counsel of record, stipulate and request that this Court extend the time for Defendant Expedia, Inc. d/b/a Classic Vacations, LLC (hereinafter referred to as "Expedia"), to respond to Plaintiff's Complaint, up to and including, Friday, March 12, 2021. In support of this Stipulation and Request, the parties state as follows:

       1.     Plaintiff served Defendant Expedia with a copy of the Summons and Complaint on February 4, 2021. The present deadline for Expedia to respond to Plaintiff's Complaint is Thursday, February 25, 2021.

       2.     Counsel for both Plaintiff and Defendant Expedia are currently discussing a potential early resolution of this matter. While those discussions continue, counsel for both parties believe it would be prudent to conserve their respective resources and focus on determining whether this matter be resolved. Counsel for both parties have discussed and agreed to an extension of time for Expedia to respond to Plaintiff's Complaint.

3. This is the first request for an extension of time for Defendant Expedia to respond to Plaintiff's Complaint, and is not sought for any improper purpose or other reason of delay. This extension is sought only to secure sufficient time to assess whether the parties' present discussions as to a potential early resolution of this matter may be achieved.

WHEREFORE, the parties respectfully request that Defendant Expedia be permitted an extension of time, up to and including **March 12, 2021**, to respond to Plaintiff's Complaint.

DATED this 18th day of February 2021.

| HOLMAN LAW OFFICE | KAMER ZUCKER ABBOTT |
|---|---|
| By: /s/ *Kristina S. Holman* | By: /s/ *Scott M. Abbott* |
| Kristina S. Holman    #3742 | Scott M. Abbott    #4500 |
| 8275 S. Eastern Avenue, Suite 215 | Kaitlin H. Paxton    #13625 |
| Las Vegas, Nevada 89123 | 3000 West Charleston Blvd., Suite 3 |
| Tel: (702) 614-4777 | Las Vegas, Nevada 89102-1990 |
| Fax: (702) 487-3128 | Tel: (702) 259-8640 |
|  | Fax: (702) 259-8646 |
| Attorney for Plaintiff | Attorneys for Defendant Expedia |

**ORDER**

**IT IS SO ORDERED.**

DATED: February 19, 2021

_____
UNITED STATES MAGISTRATE JUDGE