KAMER ZUCKER ABBOTT
Scott M. Abbott            #4500
Kaitlin H. Paxton          #13625
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel:    (702) 259-8640
Fax:    (702) 259-8646
sabbott@kzalaw.com
kpaxton@kzalaw.com

Attorneys for Defendant
Expedia, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TALITHA SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>EXPEDIA, INC. d/b/a CLASSIC VACATIONS, LLC; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive.<br><br>    Defendants. | Case No. 2:20-cv-02058-KJD-NJK<br><br>**STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR DEFENDANT EXPEDIA, INC. TO RESPOND TO COMPLAINT AND/OR FILE DISMISSAL PAPERS**<br><br>(Third Request) |

  The Parties, by and through their respective counsel of record, stipulate and request that this Court further extend the time for Defendant Expedia, Inc. d/b/a Classic Vacations, LLC (hereinafter referred to as "Expedia"), to respond to Plaintiff's Complaint, up to and including Friday, April 30, 2021. In support of this Stipulation and Request, the parties state as follows:

  1. Plaintiff served Defendant Expedia with a copy of the Summons and Complaint on February 4, 2021. The original deadline for Expedia to respond to Plaintiff's Complaint was Thursday, February 25, 2021.

  2. On February 18, 2021, the parties submitted a Stipulation and Order to extend the time for Expedia to respond to Plaintiff's Complaint until March 12, 2021 (First Request) while the parties continued early settlement discussions. (ECF No. 7) The court approved that extension on February 19, 2021. (ECF No. 8) On March 9, 2021, the court approved the parties' second requested

Stipulation and Order seeking an extension to April 2, 2021 for Expedia to respond to Plaintiff's Complaint while the parties continued settlement discussions. (ECF No. 10)

3. The parties have now reached a resolution of this matter, and are in the process of exchanging settlement documents. Once those documents have been executed, the parties intend to file a Stipulation and Order for Dismissal with Prejudice with the court. As a result, the parties believe it would be prudent to extend the time for Expedia's response to the Complaint, with the understanding that the parties anticipate filing dismissal papers with the court by the requested extended deadline in lieu of a responsive pleading.

4. This is the third request for an extension of time for Defendant Expedia to respond to Plaintiff's Complaint, and is not sought for any improper purpose or other reason of delay. This extension is sought only to secure sufficient time for the parties to review and execute settlement documents and file dismissal papers with the court.

WHEREFORE, the parties respectfully request that Defendant Expedia be permitted a further extension of time, up to and including **April 30, 2021**, to respond to Plaintiff's Complaint and/or file dismissal papers with the court.

DATED this 1st day of April 2021.

| HOLMAN LAW OFFICE | KAMER ZUCKER ABBOTT |
|---|---|
| By: /s/ *Kristina S. Holman* | By: /s/ *Scott M. Abbott* |
| Kristina S. Holman    #3742 | Scott M. Abbott    #4500 |
| 8275 S. Eastern Avenue, Suite 215 | Kaitlin H. Paxton    #13625 |
| Las Vegas, Nevada 89123 | 3000 West Charleston Blvd., Suite 3 |
| Tel: (702) 614-4777 | Las Vegas, Nevada 89102-1990 |
| Fax: (702) 487-3128 | Tel: (702) 259-8640 |
|  | Fax: (702) 259-8646 |
| Attorney for Plaintiff | Attorneys for Defendant Expedia |

**ORDER**

**IT IS SO ORDERED.**

DATED: April 2, 2021

_____
UNITED STATES MAGISTRATE JUDGE