KAMER ZUCKER ABBOTT
Scott M. Abbott          #4500
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646
sabbott@kzalaw.com

Attorneys for Defendant
Expedia, Inc.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TALITHA SMITH, | Case No. 2:20-cv-02058-KJD-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| EXPEDIA INC., d/b/a CLASSIC VACATIONS, LLC, | |
| Defendant. | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*. The parties are to bear their own attorney's fees and costs, except as otherwise provided.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to bear their own attorney's fees and costs, except as otherwise provided.

DATED this 29th day of April 2021.

Respectfully submitted,

| HOLMAN LAW OFFICE | KAMER ZUCKER ABBOTT |
|---|---|
| By: /s/ *Kristina S. Holman* <br> Kristina S. Holman    #3742 <br> 8275 South Eastern Avenue, Suite 215 <br> Las Vegas, Nevada 89123 <br> Tel: (702) 614-4777 <br><br> Attorney for Plaintiff <br> Talitha Smith | By: /s/ *Scott M. Abbott* <br> Scott M. Abbott    #4500 <br> 3000 West Charleston Boulevard, Suite 3 <br> Las Vegas, Nevada 89102-1990 <br> Tel: (702) 259-8640 <br><br> Attorneys for Defendant <br> Expedia Inc. |

**IT IS SO ORDERED.**

_5/3/2021_  
**DATE**                                      **UNITED STATES DISTRICT JUDGE**